1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                   CENTRAL DISTRICT OF CALIFORNIA

10   REPLIGEN CORPORATION,            Case No. 2:22-cv-7789-JWH (ASx)
11              Plaintiff,            **ORDER GRANTING JOINT STIPULATION FOR AN ORDER OF DISMISSAL WITH PREJUDICE**
12        v.
13   FLUID LINE TECHNOLOGY CORP.,
14
15              Defendant.
16
17
18
19
20
21
22
23
24
25
26
27
28

ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

1 | The Court, having considered the parties' Joint Stipulation for an Order of
2 | Dismissal, in accordance with Rule 41(a)(2) of the Federal Rules of Civil Procedure
3 | hereby **ORDERS** as follows:
4 |     1.    The above-entitled action is **DISMISSED with prejudice**. Each side shall
5 | bear its own attorney's fees, costs, and expenses.
6 |     2.    All case schedule dates and deadlines are **VACATED**.
7 |     3.    The Clerk of the Court is **DIRECTED** to close the case.
8 | **IT IS SO ORDERED.**

DATED: May 1, 2023

HON. JOHN W. HOLCOMB
United States District Judge

1
ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITH
PREJUDICE